**United States Bankruptcy Court**
**Eastern District of Virginia**
<u>Alexandria</u> **Division**

In re:    Qimonda AG

Case No. <u>09-14766-RGM</u>

Adv. Proceeding No. _____

Debtor(s)

### TRANSMITTAL OF RECORD ON APPEAL TO DISTRICT COURT

Pursuant to 28 U.S.C. §158, Notice of Appeal was filed herein on <u>November 11, 2011</u>.

The parties included in the Appeal to the District Court:

APPELLANT(S):    <u>Dr. Michael Jaffe, Insolvency Administrator</u>

ATTORNEY:    <u>G. David Dean, Esquire (Cole, Schotz Meisel et al. PC)</u>
<u>300 East Lombard St., Suite 2000, Baltimore, MD 21202</u>
<u>(410) 528-2972</u>

APPELLEE(S):    <u>(See Attached List of Appellees)</u>

ATTORNEY:    <u>(See Attached List of Attorneys)</u>

Brief Description of Judgment/Order Appealed: <u>Order Denying Motion to Amend Supplemental Order (Docket Entry # 636)</u>

Date Judgment/Order Entered: <u>October 28, 2011</u>

1. Filing Fees:    A. Notice of Appeal – Filing Fee $5.00    (✓) Paid    ( ) Not Paid
   B. Appeal Docket Fee - $293.00    (✓) Paid    ( ) Not Paid    ( ) Deferred.  See Attached Request
2. (✓) Notice of Appeal, Order/Judgment, Docket Record, Designation(s) [if any], and Items Designated on two (2) CDs.
3. ( ) Copy of restricted transcript(s), if designated, included as separate electronic file(s)
4. (✓) Copies of exhibits, if designated, included as a separate file(s): ✓ electronic and/or ___ conventional, on paper
5. ( ) Copies of exhibits designated by Appellant/Appellee, filed conventionally, have not been submitted pursuant to FRBP 8006 and LBR 8006-1
6. ( ) No Designation of Record on Appeal filed (See Certification Below)

WILLIAM C. REDDEN, Clerk of Court

Date: <u>January 05, 2012</u>

By <u>/s/ Denise S. Williams</u> , Deputy Clerk

...............................................................................................................................................................

CERTIFICATION TO APPELLATE COURT

    It is hereby certified that the designation of record required by Federal Rule of Bankruptcy Procedure 8006 and Local Bankruptcy Rule 8006-1 has not been filed within 14 days after the filing of the notice of appeal.

WILLIAM C. REDDEN, Clerk of Court

By: _____ , Deputy Clerk

...............................................................................................................................................................

RECEIPT OF EXHIBITS BY DISTRICT COURT [if applicable]

    The undersigned deputy clerk of the U. S. District Court, Eastern District of Virginia, hereby acknowledges receipt of one or more exhibits from the U.S. Bankruptcy Court, which are submitted conventionally, on paper, to be made a part of the Record on Appeal in Civil Action No.

_____.

Date: _____    By: _____ , Deputy Clerk

cc: Attorney for Appellant(s)
    Attorney for Appellee(s)

[transeapp ver. 11/11]

2

## List of Parties to the Order

| | |
|---|---|
| G. David Dean, Esq.<br>Cole, Schotz, Meisel, Forman & Leonard, P.A.<br>300 East Lombard. St., Suite 2000<br>Baltimore, MD 21202<br>(410) 528-2972<br><br>Conflicts counsel for the Insolvency Administrator | Ilana Volkov, Esq.<br>Warren Usatine, Esq.<br>David Kohane, Esq.<br>Wendy Klein, Esq.<br>Cole, Schotz, Meisel, Forman & Leonard, P.A.<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>(201) 489-3000<br><br>Conflicts counsel for the Insolvency Administrator |
| Stephen E. Leach, Esq.<br>Roxanne F. Rosado, Esq.<br>Leach Travell Britt, PC<br>8270 Greensboro Dr, Ste. 1050<br>McLean, Virginia 22102<br>(703) 584-8900<br><br>Counsel for Samsung Electronics Co., Ltd., Infineon Technologies AG, and International Business Machines Corp. | William Pratt, Esq.<br>Jennifer M. Selendy, Esq.<br>John Del Monaco, Esq.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800<br><br>Counsel for Samsung Electronics Co., Ltd., Infineon Technologies AG, and International Business Machines Corp. |
| Lawrence A. Katz, Esq.<br>Kristen E. Burgers, Esq.<br>Venable LLP<br>8010 Towers Crescent Dr.<br>Ste. 300<br>Vienna, VA 22182-2707<br>(703) 760-1600<br><br>Counsel for Hynix Semiconductor, Inc. | Theodore Gates Brown, III, Esq.<br>Kilpatrick Townsend & Stockton, LLP<br>1080 Marsh Road<br>Menlo Park, CA, 94025<br>(650) 324-6353<br><br>Counsel for Hynix Semiconductor, Inc. |

48041/0001-8031757v1

| | |
|---|---|
| John K. Roche, Esq.<br>Perkins Coie LLP<br>700 Thirteenth Street, N.W.<br>Washington, D.C. 20005-3960<br>(202) 654-6200<br><br>Counsel for Intel Corporation | Joseph E. Mais, Esq.<br>Timothy J. Franks, Esq.<br>Perkins Coie LLP<br>2901 N. Central Ave.<br>Ste. 2000<br>Phoenix, AZ 85012-2788<br>(602) 351-8000<br><br>Counsel for Intel Corporation |
| Alan D. Smith, Esq.<br>Perkins Coie LLP<br>1201 Third Avenue<br>Suite 4800<br>Seattle, WA 98101-3099<br>(206) 359-8000<br><br>Counsel for Intel Corporation | Gregory F. Corbett, Esq.<br>Kirkland & Ellis, LLP<br>655 15th Street, N.W.<br>Washington D.C. 20005<br>(202) 879-5000<br><br>Counsel for Infineon Technologies, AG |
| Guy S. Neal, Esq.<br>Sidley Austin LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>(202) 736-8000<br><br>Counsel for Nanya Technology Corporation | Marc Palay, Esq.<br>Sidley Austin LLP<br>Rue de Lausanne 139<br>Sixth Floor<br>1202 Geneva, Switzerland<br>41.22.308.00.00<br><br>Counsel for Nanya Technology Corporation |
| Alfredo R. Perez, Esq.<br>Manesh J. Shah, Esq.<br>Weil, Gotshal & Manges LLP<br>700 Louisiana St, Ste 1600<br>Houston, TX 77002<br>(713) 546 5000<br><br>Counsel for Micron Technology, Inc. | Jared Borbrow, Esq.<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>(650) 802-3000<br><br>Counsel for Micron Technology, Inc. |

48041/0001-8031757v1